# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|                                        |   |                                  |
|----------------------------------------|---|----------------------------------|
| DESMOND WITHERSPOON,                   | : |                                  |
|                          Plaintiff,    | : | **Civil Action No. 15-1146 (SRC)** |
|                   v.                   | : |                                  |
|                                        | : | **OPINION**                      |
| NUMARK INDUSTRIES, LP,                 | : |                                  |
|                          Defendant.    | : |                                  |

**CHESLER**, District Judge

  This matter comes before the Court on the application filed by Plaintiff Desmond Witherspoon to proceed <u>in forma pauperis</u> without fees under 28 U.S.C. § 1915. The Court finds that Plaintiff qualifies for <u>in forma pauperis</u> status, yet his Complaint will be dismissed. The Court must examine Plaintiff's claim and dismiss it if frivolous or legally insufficient. 28 U.S.C. § 1915(e)(2). Here, Plaintiff demands a "Service Agreement" for a cause of action "Reorganization Act of 1939." No further information is provided. As such, Plaintiff has failed to state a basis for federal subject matter jurisdiction and has failed to state a facially plausible claim for relief. For the reasons provided in the Opinion for Civil Action No. 14-6296, Plaintiff is on notice that he may be sanctioned if he continues to file unsubstantiated and repetitive lawsuits. An appropriate Order will be filed.

                   s/Stanley R. Chesler
                   STANLEY R. CHESLER
                   United States District Judge

Dated: February 20, 2015